ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

ORIGINAL FILED
E-filing MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

2662

MARY LOUISE ABBOTT, FRANKA ADAMS, ROBERT W. BAKER, JOSEPH C. BATISTE, LEODEE BEAVERS, HERBERT BLEVINS, CLAUDIA BOUTTE, HARRISON BRIGHT, OLEVIA BRIM, JOHN BROWN, TOMMY BUCK, BONNIE JEAN BURKEEN, ROBERT BURTON, PAUL CAMPBELL, JAMES W. CARROLL, HAROLD KEITH CAYLOR, EVERETT CENTERS, TIMOTHY COFFEE, SAMUEL J. COLLINS, JUDITH CRINDER, WILLIAM DUMAS,

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,

Defendants.

Case No.

**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**
[F.R.C.P. 7.1]

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent

1  corporation, through several levels of wholly owned subsidiaries, of defendant,
2  SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. No
3  publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

*[signature]*
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400643\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE

2

CASE NO.