ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARY LOUISE ABBOTT, FRANKA ADAMS, ROBERT W. BAKER, JOSEPH C. BATISTE, LEODEE BEAVERS, HERBERT BLEVINS, CLAUDIA BOUTTE, HARRISON BRIGHT, OLEVIA BRIM, JOHN BROWN, TOMMY BUCK, BONNIE JEAN BURKEEN, ROBERT BURTON, PAUL CAMPBELL, JAMES W. CARROLL, HAROLD KEITH CAYLOR, EVERETT CENTERS, TIMOTHY COFFEE, SAMUEL J. COLLINS, JUDITH CRINDER, WILLIAM DUMAS,

   Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,

   Defendants.

Case No.

**DEMAND FOR JURY TRIAL**

Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE hereby demands trial by jury in this action.

///

///

1  Dated: May 27, 2008                    DRINKER BIDDLE & REATH LLP

                                          /s/ Krista L. Cosner
                                          KRISTA L. COSNER

                                          Attorneys for Defendant
                                          SMITHKLINE BEECHAM
                                          CORPORATION d/b/a
                                          GLAXOSMITHKLINE