1  ALAN J. LAZARUS (State Bar No. 129767)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5  Alan.Lazarus@dbr.com
   Krista.Cosner@dbr.com

6  Attorneys for Defendants
7  SMITHKLINE BEECHAM CORPORATION d/b/a
   GLAXOSMITHKLINE and McKESSON
8  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY LOUISE ABBOTT, FRANKA ADAMS, ROBERT W. BAKER, JOSEPH C. BATISTE, LEODEE BEAVERS, HERBERT BLEVINS, CLAUDIA BOUTTE, HARRISON BRIGHT, OLEVIA BRIM, JOHN BROWN, TOMMY BUCK, BONNIE JEAN BURKEEN, ROBERT BURTON, PAUL CAMPBELL, JAMES W. CARROLL, HAROLD KEITH CAYLOR, EVERETT CENTERS, TIMOTHY COFFEE, SAMUEL J. COLLINS, JUDITH CRINDER, WILLIAM DUMAS,<br><br>        Plaintiffs,<br><br>   v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>        Defendants. | Case No. C-08-02662 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

2  The undersigned parties hereby decline to consent to the assignment of this case to
3  a United States Magistrate Judge for trial and disposition and hereby request the
4  reassignment of this case to a United States District Judge.

6  Dated: June 6, 2008              DRINKER BIDDLE & REATH LLP

8  /S/ Krista L. Cosner
   KRISTA L. COSNER

9  Attorneys for Defendants
   SMITHKLINE BEECHAM
   CORPORATION d/b/a
   GLAXOSMITHKLINE and McKESSON
   CORPORATION