ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY LOUISE ABBOTT, FRANKA ADAMS, ROBERT W. BAKER, JOSEPH C. BATISTE, LEODEE BEAVERS, HERBERT BLEVINS, CLAUDIA BOUTTE, HARRISON BRIGHT, OLEVIA BRIM, JOHN BROWN, TOMMY BUCK, BONNIE JEAN BURKEEN, ROBERT BURTON, PAUL CAMPBELL, JAMES W. CARROLL, HAROLD KEITH CAYLOR, EVERETT CENTERS, TIMOTHY COFFEE, SAMUEL J. COLLINS, JUDITH CRINDER, WILLIAM DUMAS,<br><br>        Plaintiffs,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>        Defendants. | Case No. C-08-02662 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson)

1  (collectively "Defendants") may move, answer, or otherwise respond to Plaintiffs'
2  Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation,
3  *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871
4  (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for
5  the Eastern District of Pennsylvania.[1]

6       Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any
7  deadline already fixed by the Court require court approval.  Although the parties believe
8  this stipulation will have no such effect, to the extent that it does, the parties request that
9  this Court approve the proposed order below, allowing the time frame for Defendants to
10 move, answer, or otherwise respond to Plaintiffs' Complaint to be governed by the
11 Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales*
12 *Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

13     IT IS SO STIPULATED:

14 Dated: June 13, 2008                              DRINKER BIDDLE & REATH LLP

                                                    */S/ Krista L. Cosner*
16                                                  KRISTA L. COSNER

17                                                  Attorneys for Defendants
                                                    SMITHKLINE BEECHAM
18                                                  CORPORATION d/b/a
                                                    GLAXOSMITHKLINE and
19                                                  McKESSON CORPORATION

21 Dated: June 13, 2008                              THE MILLER FIRM, LLLC

23                                                   */S/ David C. Andersen*
                                                    DAVID C. ANDERSEN (Bar No. 194095)
24                                                  KRISTINA M. GIGSTAD

25                                                  Attorney for Plaintiffs

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

1     Pursuant to stipulation, IT IS SO ORDERED:

2

3 Dated: June 16, 2008

4                                        *Jeffrey S. White*

                                      United States District Court, Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28