**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    MARY L. ABBOTT, et al.,

10              Plaintiffs,                          No. C 08-02662 JSW

11      v.                                          **ORDER RE NOTICE OF**
                                                    **SUBSTITUTION OF COUNSEL**
12   SMITHKLINE BEECHAM CORPORATION
     d/b/a GLAXOSMITHKLINE, et al.,
13
14              Defendants.

15   _____/

16          The Court has received Defendants' Notice of Substitution of Counsel.  On July 10,

17   2008, this matter was transferred to the United States District Court for the Eastern District of

18   Pennsylvania pursuant to 28 U.S.C. § 1407(a), and this matter was closed.  To the extent

19   Defendants require court approval for substitution, they should seek approval from that court,

20   which now has jurisdiction over this matter.

21          **IT IS SO ORDERED.**

22

23   Dated: March 9, 2009                    _____
                                             JEFFREY S. WHITE
24                                           UNITED STATES DISTRICT JUDGE
25
26
27
28